UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M.M.A.,

              Petitioner,

      v.

KRISTI NOEM, Secretary of U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Field Office Director, U.S. Immigration and Customs Enforcement; and CHRISTOPHER CHESNUT, Warden, California City Detention Facility,

              Respondents.

Case No. 1:26-cv-01856-KES-SKO (HC)

ORDER GRANTING UNOPPOSED MOTION TO PROCEED UNDER PSEUDONYM

On March 7, 2026, petitioner filed a Motion to Proceed Under Pseudonym.

The Court, having considered petitioner's Motion and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1.  Petitioner will be referred to by her initials—"M.M.A."—in this action and in filings made by the parties.

IT IS SO ORDERED.

    Dated:   March 13, 2026

                                          UNITED STATES DISTRICT JUDGE

1